No. 82–6209.   JONES v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–6211.   UNITED STATES EX REL. BLACKWELL v. FRANZEN, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–6213.   ASH v. CVETKOV ET AL.   C. A. 9th Cir. Certiorari denied.

No. 82–6217.   ASHLEY v. GARRISON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–6218.   CUMMINGS v. UNITED STATES ET AL. C. A. 6th Cir.   Certiorari denied.

No. 82–6222.   HARVEY v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir. Certiorari denied.

No. 82–6225.   HOLSEY v. BAYLOR ET AL.   C. A. 4th Cir. Certiorari denied.

No. 82–6228.   BRIM, AKA MERTZ v. SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 82–6233.   GRIEF v. PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.   Sup. Ct. Pa.   Certiorari denied.

No. 82–6237.   MILLER v. ATLANTA BOARD OF EDUCATION.   C. A. 11th Cir.   Certiorari denied.

No. 82–6253.   BROADWAY v. BOGAN.   C. A. 11th Cir. Certiorari denied.

No. 82–6275.   EVANS v. ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.